IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY CERBONE, et al., *Plaintiffs,* v. ALLIED VAN LINES, INC., et al., *Defendants.* | CIVIL ACTION NO. 20-6276 |

## ORDER

**AND NOW**, this 12th day of April 2021, upon consideration of Defendants' Motion to Dismiss (ECF 9), Plaintiffs' Response (ECF 10) and Defendants' Reply (ECF 11), it is hereby **ORDERED** that, for the reasons stated in the Court's Memorandum:

1. Defendants' Motion is **GRANTED** as to Count V of the Amended Complaint and Count V is **DISMISSED with prejudice** because it is preempted by the Carmack Amendment.

2. Defendants' Motion is further **GRANTED** insofar as it seeks to dismiss Plaintiffs' loss of consortium and negligent infliction of emotional distress claims in Counts VI and VII against Simonik Transportation. Counts VI and VII are **DISMISSED with prejudice** as against Simonik Transportation only because they are preempted by the Carmack Amendment.

3. Defendants' Motion is **DENIED** in all other respects.

BY THE COURT:


_/s/ Gerald J. Pappert_
GERALD J. PAPPERT, J.